United States District Court
Southern District of Texas
**ENTERED**
August 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **GILBERTO VARGAS SAUCEDA,** | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01467** |
| **MARKWAYNE MULLIN, *et al.*,** | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is Petitioner Gilberto Vargas Sauceda's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS).

Upon review of the Petition, the Court has identified that Petitioner previously filed a habeas petition. (*See* 4:26-cv-06210, Dkt. 1). The Parties are **ORDERED** to file an advisory or supplemental briefing addressing why this was not disclosed to the Court and what effect, if any, the prior petition has on the relief Petitioner currently seeks **on or before September 3, 2026.**

**IT IS SO ORDERED.**

SIGNED this August 27, 2026.

Diana Saldaña
United States District Judge